PD-0477-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/29/2015 11:12:21 AM
Accepted 4/29/2015 11:18:50 AM
ABEL ACOSTA
CLERK

No. _____

In the
Court of Criminal Appeals
At Austin

———————◆———————

**No. 01-13-00991-CR**

In the
Court of Appeals
for the
First District of Texas
at Houston

———————◆———————

**No. 1315240**

In the 176th District Court
Harris County, Texas

———————◆———————

## JOSE FRANCO CAMPUZANO
*Appellant*

V.

## THE STATE OF TEXAS
*Appellee*

———————◆———————

**APPELLANT'S MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE
PETITION FOR DISCRETIONARY REVIEW**

———————◆———————

FILED IN
COURT OF CRIMINAL APPEALS

April 29, 2015

ABEL ACOSTA, CLERK

**TO THE HONORABLE COURT OF APPEALS:**

APPELLANT, pursuant to TEX. R. APP. P. 68.2(c) moves for an extension of time within which to file its petition for discretionary review. In support of its motion, appellant submits the following:

1. Appellant was charged with the felony offense of intoxication assault.

2. A jury convicted appellant of the charged offenses and sentenced him to 5 years community supervision on October 15, 2013.

3. A unanimous panel of the First Court of Appeals rendered judgment in an unpublished opinion on March 26, 2015, affirming appellant's conviction and sentence.

5. Appellant's petition for discretionary review was due April 27, 2015.

6. Appellant seeks an extension, in accordance with TEX. R. APP. P. 68.2(c), until May 27, 2015, to file its petition for discretionary review. This is appellant's first request for an extension.

9. The following facts are relied upon to show good cause for the requested extension:

   a. Counsel has been working on the appellate briefs in *Dorsey v. State,* No. 01-14-00685-CR., *Hayes v. State*, 04-14-00878-CR. and 04-14-00879-CR., and *Ross v. State*, 01-14-00902-CR.

   b. Counsel filed a petition for discretionary review in *Williams v. State*, No. 01-14-00165-CR on April 29, 2015.

   c. Counsel has filed a writ of certiorari in the United States Supreme Court in *Masterson v. Stephens.*

   d. Appellant's petition is not for purposes of delay, but so that justice may be done.

WHEREFORE, the Appellant prays that this Court will grant the requested extension until May 27, 2015.

Respectfully submitted,

**/s/MANDY MILLER**
Attorney for appellant
2910 Commercial Center Blvd., Ste. 103-201
Katy, TX 77494
SBN 24055561
PHONE (832) 900-9884
FAX (877) 904-6846
mandy@mandymillerlegal.com

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, this certifies that on April 29, 2015, a copy of the foregoing was delivered to the following addresses:

Melissa Hervey
Harris County District Attorney's Office
hervey_melissa@dao.hctx.net

Lisa McMinn
State Prosecuting Attorney
lisa.mcminn@spa.state.tx.us

**/s/MANDY MILLER**

3